JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIFEI JIANG et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS et al., <br><br> Defendants. | Case No. 2:23-cv-10046-SB-JC <br><br> FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, it is ORDERED and ADJUDGED that this action is DISMISSED without prejudice for improper venue.

This is a final judgment.

Date: March 5, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge